SC

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | <u>Coss v. Morgan, et al.</u> | CIVIL NO. 1:CV-01-0878 |
| Inmate: | Edward R. Coss, Jr. | |
| ID Number: | CB-5970 | |

FILED
SCRANTON
MAY 22 2001

PER _____
DEPUTY CLERK

### ADMINISTRATIVE ORDER (HABEAS CORPUS CASE)

The habeas corpus petition filed by the individual identified above has been received without a filing fee or a motion to proceed <u>in forma pauperis</u>. This action may not proceed unless the petitioner, within thirty (30) days of the date of this order, either:

(1)   tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00; or

(2)   files a properly completed application to proceed <u>in forma pauperis</u>.

A form application to proceed <u>in forma pauperis</u> is enclosed.

Failure to comply with the terms of this order within thirty (30) days will cause this case to be dismissed without prejudice.

MARY E. D'ANDREA
Clerk of Court

By: _____
Deputy Clerk

DATE: May 22, 2001