```
Thu May 24 ........ 2001

   UNITED STATES DISTRICT COURT
      SCRANTON    , PA
Receipt No.   336 13800
Cashier       rich

Tender Type  MONEY ORDER

M.O. Number: 2521113 2

Transaction Type   N

DØ Code    Div No    Acct
 4667        3      086900

Amount        $      5.00

EDWARD R. COSS  CB-5970  P.O.BOX 999
HUNTINGDON, PA  16652

PETN FOR WRIT OF H/C FILING FEE
```

1:01-cv-878
Caldwell/Klot

's the required $5.00
abeas Corpus Petition
sent under separat

Thank you.

Edward R Coss

**FILED SCRANTON**

MAY 24 2001

PER _____ DEPUTY CLERK