IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD R. COSS, JR., | : | CIVIL ACTION NO. **1:CV-01-0878** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| JAMES P. MORGAN, et al., | : | FILED SCRANTON |
| Respondents | : | JUN 2 8 2001 |

### ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

The Petitioner, an inmate at the State Correctional Institution at Huntingdon, Pennsylvania, filed this action pursuant to 28 U.S.C. §2254 on May 17, 2001. On June 26, 2001, the Petitioner filed a letter with the Court wherein he requests that the matter be withdrawn. **(Doc. 5)**.

AND NOW THIS 28th day of **June, 2001, IT IS HEREBY ORDERED THAT:**

1. The Petitioner's filing of June 26, 2001, **(Doc. 5)** is hereby construed as a Request for Dismissal of this action.

2. Said request is hereby **GRANTED**.

3. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this action is dismissed.

4. The Clerk of Court is directed to provide a copy of this Order to all parties to this action.

5. The Clerk of Court is directed to note the docket of this case accordingly.

*[signature]*
THOMAS M. BLEWITT
United States Magistrate Judge

Dated: June 28, 2001