FILED
SCRANTON
JUL -5 2001

PER _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD R. COSS, JR.          :    CIVIL NO. 1:CV-01-0878
                             :
        VS.                  :
                             :    (Judge Caldwell)
JAMES P. MORGAN, et. al      :
                             :    (Magistrate Judge Blewitt)
                             :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

APPLICATION FOR RELIEF
(Request for Extension of Time)

The Appellee, through its undersigned Assistant District Attorney, requests the court, in accordance with Pa. R.A.P. 123(a), for entry of an order requesting an extension of time. In support of such request Appellee informs the court as follows:

   1.  On June 11, 2001, this Court ordered the Respondence to answer Petitioner's Habeas Corpus Petition within 20 days.  The answer was thereby due on July 1, 2001.

   2.  Due to Respondent's counsel taking a 15 day pre-paid vacation, he was unable to complete the answer in a timely manner.

   WHEREFORE, the Respondent seeks an extension of time of 30 days to file an Answer to the Habeas Corpus Petition.

                                    Respectfully submitted,

                                    S/William P. O'Malley
                                    William P. O'Malley
                                    Assistant District Attorney
                                    Attorney for Appellee
                                    Attorney I.D. # 58520

## CERTIFICATE OF SERVICE

This is to certify that I, William P. O'Malley, Assistant District Attorney, have on this date served a true and correct copy of Appellee's Motion to Extension of Time upon the following, by United States Mail:

                Edward Coss
                   CD 5970
              SCI @ Huntington
                 Drawer R
           Huntington, PA   16652

Date: July 5, 2001

BY: S/ William O'Malley
William P. O'Malley
Assistant District Attorney