CV-01-878
7/12/01

Dear FILED Caldwell,

FILED
HARRISBURG, PA
JUL 16 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Please find enclosed my response to Respondents' request for extension of time.

What I don't understand is how Judge Blewitt construed my request to "administratively close" my action without prejudice as a request to dismiss under 4/(a)(2), that order being dated on June 28, 2001. I filed my objections on July 3, 2001.

Wasn't (Dist atty) Respondent sent a copy of the June 28, 2001 order and if so why would Respondents be seeking an extension in which to file an answer?

In my objection I requested that magistrate Blewitts order dismissing my action be voided, and have the case administratively closed until state remedies are exhausted.

Pg 2

without prejudice if the state doesn't decide my 14th year old PCRA Petition. Then I would have the option to reopen the action.

I believe this case can be worked out in state court. It took me 15 years to get to the U.S. Supreme Court only to be told that a Gideon issue didn't exist in my case. Well as you can read in my Habeas petition there are numerous Gideon violations, and I feel at this point the state will do anything to stall or stonewall my efforts to have my case heard and decided fairly. The U.S. Supreme court was lied to. I'm just making sure it doesn't happen again.

pg 3

If your honor grants the relief requested to administratively close my action then the Respondents don't have to respond yet. But if you deny my request then I must pursue the action.

If I was wrong to file an objection to the June 28, 2001 order instead of a C.O.A. to the 3rd circuit please advise.

All I seek is a chance to have my appeal heard. After 15 years someone should recognize that I'm doing everything possible, and its the State who is stonewalling Post-Conviction petitions that are full of merit. My question to the Federal Courts is this. A year to file Post Convictions, why not a year to Finalize?   Sincerely Eddie Coss