IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD R. COSS, JR., | : | CIVIL ACTION NO. **1:CV-01-0878** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| JAMES P. MORGAN, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 19th day of **July, 2001**, **IT IS HEREBY ORDERED THAT** the Court's Show Cause Order of June 11, 2001 (Doc. 4) is hereby **VACATED**.

_____
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 19, 2001

FILED
SCRANTON

JUL 19 2001

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 19, 2001

Re: 1:01-cv-00878    Coss v. Morgan

True and correct copies of the attached were mailed by the clerk to the following:

Edward R. Coss Jr.
SCI-SM
CB-5970
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

cc:
Judge                          ( )           ( ) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen    ( )    PA Atty Gen ( )
                                       DA of County   ( )    Respondents ( )
Bankruptcy Court               ( )
Other_____( )

                                              MARY E. D'ANDREA, Clerk

DATE: _____7/19/01_____              BY: _____
                                         Deputy Clerk