IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD R. COSS, JR., | CIVIL ACTION NO. 1:CV-01-0878 |
| Petitioner | (Judge Caldwell) |
| v. | (Magistrate Judge Blewitt) |
| JAMES P. MORGAN, et al., | |
| Respondents | |

### ORDER

AND NOW, this 19th day of July, 2001, IT IS HEREBY ORDERED THAT:

1. Based upon Petitioner's filing of July 10, 2001 (Doc. 8), this Court's Order of June 28, 2001 (Doc. 6) is hereby **VACATED**.

2. The Clerk of Court is directed to re-open the file of this case.

_____
**THOMAS M. BLEWITT**
United States Magistrate Judge

Dated: July 19, 2001

FILED
SCRANTON

JUL 1 9 2001

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

July 19, 2001

Re:  1:01-cv-00878    Coss v. Morgan

True and correct copies of the attached were mailed by the clerk to the following:

Edward R. Coss Jr.
SCI-SM
CB-5970
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to: US Atty Gen ( )    PA Atty Gen ( )
                                       DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____          ( )

MARY E. D'ANDREA, Clerk

DATE: _____7/19/01_____     BY: _____
                                    Deputy Clerk