IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD R. COSS, JR., | CIVIL ACTION NO. **1:CV-01-0878** |
| Petitioner | (Judge Caldwell) |
| v. | (Magistrate Judge Blewitt) |
| JAMES P. MORGAN, et al., | |
| Respondents | |

### ORDER

AND NOW, this 23rd day of **July, 2001**, IT IS HEREBY ORDERED THAT:

1. The Court's Orders of July 19, 2001 (Docs. 12 and 13) are hereby **VACATED.**

2. Full force and effect shall be given to the July 18, 2001, Order of the Honorable William W. Caldwell administratively closing the above-captioned action without prejudice.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: July 23, 2001

FILED
SCRANTON

JUL 23 2001

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 23, 2001

Re:  1:01-cv-00878    Coss v. Morgan

True and correct copies of the attached were mailed by the clerk to the following:

Edward R. Coss Jr.
SCI-SM
CB-5970
P.O. Box 999
1120 Pike St.
Huntingdon, PA  16652

cc:
Judge                               ( )           ( ) Pro Se Law Clerk
Magistrate Judge                    ( )           ( ) INS
U.S. Marshal                        ( )           ( ) Jury Clerk
Probation                           ( )
U.S. Attorney                       ( )
Atty. for Deft.                     ( )
Defendant                           ( )
Warden                              ( )
Bureau of Prisons                   ( )
Ct Reporter                         ( )
Ctroom Deputy                       ( )
Orig-Security                       ( )
Federal Public Defender             ( )
Summons Issued                      ( ) with N/C attached to complt. and served by:
                                         U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5                 ( )
Order to Show Cause                 ( ) with Petition attached & mailed certified mail
                                         to:  US Atty Gen   ( )   PA Atty Gen ( )
                                              DA of County  ( )   Respondents ( )
Bankruptcy Court                    ( )
Other_____        ( )

                                              MARY E. D'ANDREA, Clerk

DATE: 7/23/01                       BY: _____
                                              Deputy Clerk