```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

EDWARD R. COSS, JR.,              :
      Petitioner
                                :

      vs.                         :   CIVIL ACTION NO. 1:CV-01-0878

                                :
JAMES P. MORGAN, et al.,
      Respondents                 :

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

      This habeas corpus case was filed on May 17, 2001, and was assigned to Magistrate Judge Blewitt. On June 28, 2001, Judge Blewitt dismissed the case in response to a request from the Petitioner. Petitioner filed objections to said order and on July 18, 2001, we vacated Judge Blewitt's order of June 28, 2001, and closed the case administratively and without prejudice, pending completion of certain state court proceedings.

      On July 1, 2004, Petitioner filed a request to reopen his case, and he seeks permission to amend the petition. We will reopen the case and return it to Judge Blewitt for consideration of Petitioner's request to amend his petition, and for further proceedings.

It is Ordered that:

   1.  Petitioner's request to reopen this case (doc. 15), is granted and the case shall be returned to Judge Blewitt by the Clerk.

   2.  Judge Blewitt shall consider Petitioner's request to amend his petition, and shall conduct all further proceedings.

                              /s/William W. Caldwell
                              William W. Caldwell
                              United States District Judge

Date: July 15, 2004