OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

FILED
HARRISBURG, PA

JUL 26 2004

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

RETURN TO SENDER

RTS
RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   - UNABLE TO FORWARD
☐ OTHER

Case No: 1:01-cv-00878-WWC-TMB    Document No: 16, User: am, 1 Copy Printed: Jul, 15, 2004 12:22 PM

Edward R. Coss
Lackawanna County Prison
CB-5970
1371 North Washington Avenue
Scranton, PA 18509

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD R. COSS, JR.,               :
      Petitioner
                                     :

    vs.                            :   CIVIL ACTION NO. 1:CV-01-0878
                                     :
JAMES P. MORGAN, et al.,
      Respondents               :

**FILED**
HARRISBURG, PA
JUL 1 5 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    This habeas corpus case was filed on May 17, 2001, and was assigned to Magistrate Judge Blewitt. On June 28, 2001, Judge Blewitt dismissed the case in response to a request from the Petitioner. Petitioner filed objections to said order and on July 18, 2001, we vacated Judge Blewitt's order of June 28, 2001, and closed the case administratively and without prejudice, pending completion of certain state court proceedings.

    On July 1, 2004, Petitioner filed a request to reopen his case, and he seeks permission to amend the petition. We will reopen the case and return it to Judge Blewitt for consideration of Petitioner's request to amend his petition, and for further proceedings.

It is Ordered that:

1. Petitioner's request to reopen this case (doc. 15), is granted and the case shall be returned to Judge Blewitt by the Clerk.

2. Judge Blewitt shall consider Petitioner's request to amend his petition, and shall conduct all further proceedings.

/s/William W. Caldwell
William W. Caldwell
United States District Judge

Date: July 15, 2004

2