Case 1:01-cv-00878-WWC   Document 19   Filed 08/10/2004   Page 1 of 2

FILED
SCRANTON

AUG 10 2004

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Edward R. Coss, Jr.,
    Petitioner,

Vs.

JAMES MORGAN, Superintendent @
SCI SMITHFIELD, et al.,
    Respondents.

CASE NO. 1:CV 01-0878

JUDGE(S) CALDWELL, BLEWITT

*************************************

### MOTION TO APPOINT COUNSEL
### PURSUANT TO 18 U.S.C. §3006(A)(2)(B) [1]

AND NOW COMES the Petitioner, Edward R. Coss, Jr., in propria persona, averring the following forthwith:

1. The Petitioner has filed a valid writ of habeas corpus pursuant to 28 U.S.C. §2254 with this Honorable Court.

2. The Petitioner requests this Honorable Court to appoint counsel pursuant to 18 U.S.C. §3006(a)(2)(b) to assist with the hereinabove petition and in support thereof he avers the following:

    (a) the interest of justice standard requires appointment of counsel, hence, the Petitioner' claim raised in said writ has arguable merit, an evidentiary hearing should be warranted and Petitioner is unable to afford counsel.

WHEREFORE, Petitioner requests counsel be appointed.

Respectfully submitted:

Edward R. Coss, Jr.
In propria persona
Inmate No.: CB 5970
P.O. BOX 256
WAYMART, PA. 18472

---

[1] In addition to the appointment of counsel, the Petitioner requests that counsel is ordered to amend the writ. However, if counsel is not appointed in this case, the Petitioner requests he be granted leave to file an amended writ, as well as a brief in support of his claims.

E. COSS
118 So Church St
Cresson Hse PA 18407-2666

RECEIVED
SCRANTON
AUG 10 2004
PER _____ DEPUTY CLERK



US Court House
US District Court Middle District of Pa
Clerks Office
235 N Washington Ave.
P.O. Box 1148
Scranton Pa 18501

