FILED
SCRANTON
AUG 1 1 2004
PER /mw
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DIST.
OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD R. COSS, JR., | : | JUDGE CALDWELL |
| PETITIONER | : | |
| V. | : | JUDGE BLEWITT |
| JAMES MORGAN, et al, | : | 1:CV-01-0878 |
| RESPONDENT | : | |

## MOTION TO STAY PROCEEDING'S

TO THE HONORABLE JUDGE BLEWITT:

AND NOW, COMES PETITIONER EDWARD COSS, PRO SE, WHO MOVES THIS HONORABLE COURT FOR AN ORDER STAYING THE PROCEEDING'S PENDING PETITIONER'S REQUEST TO THE THIRD CIRCUIT SEEKING ATHORIZATION FOR THIS HONORABLE COURT TO ALLOW PETITIONER'S SECOND OR SUCCESSIVE APPLICATION, AND SET'S THE FOLLOWING IN SUPPORT THEREOF:

1. PETITIONER FILED HIS HABES PETITION ON MAY 17, 2001.

2. PETITIONER REQUESTED THAT THE PETITION BE ADMINISTRATIVELY CLOSED UNTIL STATE COURT PROCEEDING'S ENDED.

3. PETITIONER WROTE A LETTER ON OR ABOUT JULY 1, 2004, ASKING THE HONORABLE JUDGE CALDWELL TO RE-OPEN PETITION.

4. PETITIONER BEING ADVISED SOMETIME AGO, THAT THE COURT WILL NOT ACCEPT CORRESPONDENCE FROM ANYONE UNLESS THE SAME IS IN MOTION FORM.

5. PETITIONER SINCE THAT TIME HAS SENT A REQUEST TO THE THIRD CIRCUIT ASKING FOR AUTHORIZATION TO FILE THE SECOND PETITION.

PAGE 2

6. PETITIONER WAS UNAWARE THAT A ORDER WAS ISSUED RE-OPENING HIS PETITION, SAID ORDER BEING RECEIVED ON 7-29-04.

7. PETITIONER REQUEST'S THE STAY PENDING THE CIRCUIT COURT DECISION.

WHEREFORE, PETITIONER RESPECTFULLY REQUEST'S A STAY PENDING PETTIOIONER"S REQUEST TO THE THIRD CIRCUIT SEEKING AUTHORIZATION TO FILE SECOND APPLICATION.

RESPECTFULLY SUBMITTED,

EDWARD COSS

E. COSS
118 So Crystal ST
Carbondale PA 18407-2666

U.S. Court House
U.S. District Court-Middle District of PA
Clerks Office
235 Washington Ave
P.O. Box 1148
Scranton PA 18501

RECEIVED
SCRANTON
AUG 11 2004
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK