8-17-04

Dear Clerk US Dist. Ct Middle Dist Ct of PA

To whom it may concern, please be advised that the address for Edward R. Coss has changed. His case numbers are 04CV1794, 04CV1250, 01CV878. His new address is: MR EDWARD R COSS #CB5970, SCI DALLAS, 1000 Follies Rd, DALLAS PA 18612

Please update your files, on all open cases. Thank you

[signature]

FILED
SCRANTON

AUG 23 2004

PER _____
DEPUTY CLERK