01-878

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Lauren Hatalla*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>FILED OCT 1 5 2004<br>SCRANTON<br>D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>OCT 1 8 2004 |
| 1. Article Addressed to:  01-878<br><br>**Deputy Attorney General of PA**<br>**15th Floor**<br>**Strawberry Square**<br>**Harrisburg, PA 17120** | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>PER _____ DEPUTY CLERK |
| 2. Article Number<br>(Transfer from service label)  7004 0750 0002 6208 6388 | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
SCRANTON

OCT 1 8 2004

PER _____
DEPUTY CLERK