01cv878

FILED
SCRANTON
OCT 18 2004
PER _____ AMO
DEPUTY CLERK

| SENDER: | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Paul Connolly  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>01-878<br>Lackawanna County Courthouse<br>Clerk's Office<br>200 North Washington Avenue<br>Scranton, PA 18503 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 0750 0002 6208 6371 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |