IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD R. COSS, JR., | : | CIVIL ACTION NO. **1:CV-01-0878** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewitt) |
| JAMES P. MORGAN, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 12 day of **November, 2004, IT IS HEREBY ORDERED THAT** Respondents shall file a Response to the Petition, together with a supporting brief, on or by **November 22, 2004.**

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: November 12, 2004

FILED
SCRANTON
NOV 12 2004
PER_____
DEPUTY   RK