IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD R. COSS, JR., | : | CIVIL ACTION NO. **1:CV-01-0878** |
| Petitioner | : | (Judge Caldwell) |
| v. | : | (Magistrate Judge Blewit) |
| JAMES P. MORGAN, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 6th day of **December, 2004, IT IS HEREBY ORDERED THAT:**

1. Respondents' Motion to Permit the Filing of a Supplemental Memorandum of Law (**Doc. 35**) is **GRANTED.**

2. Respondents shall file their Supplemental Memorandum of Law within **five (5) days** of the date of this Order.

**THOMAS M. BLEWIT**
**United States Magistrate Judge**

Dated: December 6, 2004