FILED
HARRISBURG, PA

DEC 15 2004

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

IN THE UNITED STATES DIST. COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

```
EDWARD COSS,                        :
        PETITIONER                  :       CIV NO.1:01-CV-00878
                                    :
     V.                             :
                                    :       (JUDGE CALDWELL)
JAMES P. MORGAN, et al.,            :
        RESPONDENT                  :       (MAGISTRATE BLEWITT)
```

PETITIONERS SUPPLEMENTAL RESPONSE
TO RESPONDENTS SUPPLEMENTAL MEMORANDUM

THE PURPOSE OF THIS SUPPLEMENTAL RESPONSE IS TO OFFER A CONDENSED VERSION OF PETITIONERS RESPONSE. BECAUSE IT IS RESPONDENT WHO IN FACT CONVOLUTES A CASE WITH MATTER IN AN ATTEMPT TO CONFUSE THE REAL ISSUE, PETITIONER IS NOW FORCED TO FULLY DEVELOPE HIS RESPONSE, AND CLAIM IN ORDER THAT THIS HONORABLE COURT TO SEE THE TRUTH, AND NOT MAKE A DECISION BASED ON HALF TRUTH'S, AND DECEPTION. RESPONDENT USED THE WORDS NON-EXISTENT, SELF DESTRUCT, AND NOT PENDING, PETITIONER WILL NOW MAKE THIS REVIEW AS SIMPLE AS POSSIBLE TO UNDERSTAND, PLEASE SEE ATTACHED HERETO, AND MARKED AS PETITIONER EXHIBIT "A", WHICH IS THE OFFICIAL SUPERIOR COURT DOCKET ENTRY SHEET, AND TAKE NOTICE TO THE REFERENCED LOWER COURT DOCKET NUMBER, 86-CR. 645., AND THE DATE OF THE ORDER APPEALED FROM MAY 21, 2004, THIS IS THE DENIAL OF THE P.C.R.A., THE SAME P.C.R.A. RESPONDENT CLAIMED IN HIS SUPPLEMENTAL MEMORANDUM WAS NON-EXISTENT, NOT PENDING, SELF DESTRUCTED? HOW DID THIS HAPPEN? THIS HONORABLE COURT CANNOT BE CONCERNED ABOUT HOW OR WHY IT OCCURRED, BUT ONLY BE CONCERNED WITH THE FACT'S A REVIEW OF THE P.C.R.A. DID IN FACT OCCUR, AND THAT RESPONDENTS TRIED TO GET AROUND THAT FACT BY NOT DISCLOSING THIS TO THE COURT. A REVIEW, AND

1

OF PETITIONER'S P.C.R.A. BY THE LOWER STATE COURT IS FINAL, AND THEREFORE PETITIONER MET BOTH ELIGIBILITY, AND JURIDICTION REQUIREMENTS. RESPONDENT WILL NOW SAY THAT THEY ONLY ENTERTAINED PETITIONER'S P.C.R.A. TO APPEASE, OR PERHAPS AMUSE PETITIONER? LET'S FACE IT PETITIONER'S APPEAL'S IN BOTH HIS STATE COURT CONVICTION'S HAVE BEEN A "MIRAGE", AND P.C.R.A. MEANS TO "PLACE CONSTITUTIONAL RIGHT'S ASIDE." RESPONDENT CAN NOT GO BACK, AND TURN OFF THE FAVORTISM SWITCH, SOMEONE LEFT THE SWITCH ON IN MAY 2004, THE P.C.R.A. WAS RULED ON, AND JURISDICTION WAS ASSUMED, AND ELIGIBILITY GRANTED. RESPONDENT'S WAIVED THE CHANCE TO CLAIM "AHLBORN" A DETERMINATION WAS RENDERED. RESPONDENT WANTED THEIR CAKE AND EAT IT TOO, IT DOESN'T WORK THAT WAY, AND RESPONDENT SHOULD BE HELD TO THEIR DECISION'S AND RULING'S. LET RESPONDENT CLAIM NOW THAT REVIEW WAS IN ERROR, THAT THEY COULD NOT HAVE LEGALLY MADE THE REVIEW, THEN THIS COURT SHOULD CHALLENGE RESPONDENT BY INQUIRING ABOUT THE COM. V. TED SCHMIDT CASE, THE SCRANTON POLICE OFFICER WHO DID NOT APPEAL HIS CASE, BUT YET YEAR'S LATER THE SAME DIST. ATTY. OFFICE IGNORED JURISDICTION, AND ELIGIBILITY REQUIRMENTS WHEN THEY REVERSED THE SCHMIDT CASE, AND WITHDREW THE CASE. DO YOU REMEMBER THE OLD SAYING "I'LL TAKE WHAT HE IS HAVING" THAT IS EXACTLY WHAT PETITIONER SAY'S THEN, AND NOW, AND RESPONDENT CAN NOT TAKE BACK NOW WHAT THEY GAVE IN MAY OF 2004, A REVIEW OF A P.C.R.A. THEY CLAIM NOW WAS NON-EXISTENT, AND SELF DESTRUCTED, AND THEREFORE NOT PENDING. THEY REALLY FOOLED PETITIONER, AND FAMILY DURING THE P.C.R.A. HEARING, AND THE JUDGES RULING, IT LOOKED PRETTY MUCH ALIVE, AND INTACT TO US, AND THAT MAY 21, 2004 ORDER IS REAL ENOUGH. THE BOTTOM LINE IS IF "AHLBORN" WAS TO BE UTILIZED FULLY THEN

ABSOLUTELY "NO" REVIEW COULD BE MADE. RESPONDENT IS WELL LEARNED IN THE STATE LAW CONCERNING COLLATERAL ATTACK'S OF A CONVICTION ONCE A SENTENCE EXPIRES. IF IT WAS HIS ERROR THEN HE SHOULD ACCEPT HIS "MISFORTUNE", AND PREPARE FOR THE NEXT STAGE OF THESE PROCEEDING'S, AND NOT LIE TO THIS COURT BY CLAIMING PETITIONER'S P.C.R.A., IS NOT PENDING, OR HAS SELF DESTRUCTED OR IS NON-EXISTENT! RESPONDENT AND THE STATE MADE THE REVIEW OF PETITIONER'S P.C.R.A., AND NOW SHOULD HAVE TO LIVE WITH THE WAIVEROF ANY CLAIM TO TIMELINESS. FURTHERMORE, SAID REVIEW, AND DENIAL OF PETITIONER'S P.C.R.A., IN MAY OF 2004, IS WHEN THE TIME TO FILE HABEAS CORPUS WOULD RUN FROM, SINCE PETITIONER'S P.C.R.A. WAS LEGALLY PENDING UNTIL DECISION WAS RENDERED IN MAY OF 2004. RESPONDENT'S NAME CALLING, AND KNIT PICKING CAUGHT UP WITH THEM, IF IT WAS NOT FOR RESPONDENTS SUPPLEMENTAL MEMORANDUM BEING FILED PETITIONER MAY NOT HAVE REALIZED RESPONDENTS INTENTIONAL ACT OF DECEPTION BY NOT DISCLOSING THE FACT THAT A P.C.R.A., DETERMINATION WAS MADE, AND THEREFORE PETITIONER'S TIME TO FILE HIS HABEAS RUN'S FROM THAT DECISION OF MAY 2004, AND NOT (1990) AS RESPONDENTS CLAIM

## CONCLUSION

PETITIONER RESPECTFULLY REQUEST'S THAT THIS HONORABLE COURT REVIEW SUPERIOR COURT DOCKET, AND ORDER OF LOWER COURT DATED MAY 21, 2004, AND MAKE A PRELIMINARY DETERMINATION, THAT RESPONDENT REVIEWED, AND DECIDED PETITIONER'S P.C.R.A., AND THEREFORE IT IS FROM THE DATE OF THE DECISION BY THE LOWER COURT THAT WOULD START THE TIME IN WHICH PETITIONER HAD TO FILE HIS HABEAS CORPUS PETITION

DENY ANY AND ALL RELIEF THAT RESPONDENT ASKED FOR, AND ADVANCE THIS CAUSE EXPIDITIOUSLY, AND JUSTLY SO PETITIONER CAN ONCE AND FOR ALL RID THIS UNCONSTITUTIONALLY OBTAINED CONVICTION FROM THE SAME RECORD RESPONDENT ADMITTED SAID CONVICTION WOULD "PHYSICALLY" BE IN BUT, FORGOT TO MENTION THAT WOULD BE CALLED FOR "DUTY" IN THE EVENT PETITIONER WAS EVER SENTENCED IN THE FUTURE, OR APPLIED FOR A JOB. NO ONE LIKE'S A PERSON WHO ASSAULTED A POLICE OFFICER, AND PETITIONER HAS NEVER HARMED OR ASSAULTED A POLICE OFFICER, AND HE IS INNOCENT OF THIS CRIME, AND SHOULD NOT HAVE TO LIVE THE REST OF HIS LIFE WITH A CONVICTION ON HIS RECORD, AND THE MEMORIES OF A 17 YEAR OLD BEING SENT TO STATE PRISON AS AN INNOCENT PERSON. WHAT PART OF THAT DOES THE RESPONDENT NOT UNDERSTAND? IF THE STATE REFUSES TO REMEDY THE FACT AN INNOCENT PERSON WAS SENT TO PRISON TO SERVE THE TIME FOR SOMEONE ELSE'S CRIME THEN THEY SHOULD MOVE OVER, AND ALLOW A COURT WILLING TO REVIEW SAID MATTER THE CHANCE TO RESOLVE THIS MATTER IN A WAY THAT WOULD BE TRULY JUST, SPEEDY, AND INEXPENSIVE FOR ALL CONCERNED AND NOT JUST RESPONDENT WHO REFUSES TO ADMIT THAT PETITIONER IS INNOCENT. THE TIME HAS BEEN SERVED, THE MONEY IS SPENT NO ONE CAN GET BACK THE MONEY OR THE LOST YEAR'S OF PETITIONER'S LIFE, THE ONLY THING LEFT IS FOR THIS HONORABLE COURT TO REVIEW THE EVIDENCE, AND THE TRUE FACT'S, AND MAKE A TRULY JUST AND FAIR DECISION.

RESPECTFULLY SUBMITTED,

EDWARD COSS

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON DECEMBER 13, 2004, I SERVED A COPY OF THE FOREGOING:

PETITIONER'S SUPPLEMENTAL RESPONSE
TO RESPONDENTS SUPPLEMENTAL MEMORANDUM

UPON RESPONDENT,

WILLIAM P. O'MALLEY
AAST. DIST. ATTY.
LACKA. CO. COURTHOUSE
SCRANTON, PA. 18503

EDWARD COSS

DRI

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

**Docket Number:** 955 MDA 2004

Page 1 of 4
November 22, 2004

---

Commonwealth of Pennsylvania
    v.
Edward R. Coss, Jr., Appellant

---

Initiating Document: Notice of Appeal IFP

Case Status:      Active

Case Processing Status:    August 12, 2004          Awaiting Appellant Paperbooks

Journal Number:

| | | | |
|---|---|---|---|
| Case Category: | Criminal | CaseType: | Aggravated Assault |
| | | | Criminal Mischief |
| | | | Criminal Trespass |
| | | | Disorderly Conduct |
| | | | Resisting Arrest |
| | | | Simple Assault |
| | | | Theft |

**Consolidated Docket Nos.:**          **Related Docket Nos.:**

---

### SCHEDULED EVENT

Next Event Type: Receive Appellant Paperbooks      Next Event Due Date: December 7, 2004

---

EXHIBIT "A"

9:27 A.M.    Case 1:01-cv-00878-WWC    Document 41    Filed 12/15/2004    Page 7 of 10

DRI

# Appeal Docket Sheet    Superior Court of Pennsylvania

**Docket Number:** 955 MDA 2004

Page 2 of 4
November 22, 2004

## COUNSEL INFORMATION

**Appellant**    Coss Jr., Edward R.
Pro Se: ProSe    Appoint Counsel Status:

IFP Status:    Yes

**Appellant Attorney Information:**

Attorney:    Osborne, Christopher J.

Bar No.:    80064    Law Firm: Powell Law

Address:    Barrister's Row
142 Adams Avenue
Scranton, PA 18503

Phone No.: (570)961-0777    Fax No.: (570)342-1232

Receive Mail: Yes

E-Mail Address:

Receive E-Mail: No

---

Attorney:    Coss Jr., Edward R.

Bar No.:       Law Firm:

Address:    SCI Waymart-CB 5970
P.O. Box 256; Route 6
Waymart, PA 18472

Phone No.:    Fax No.:

Receive Mail: Yes

E-Mail Address:

Receive E-Mail: No

---

**Appellee**    Commonwealth of Pennsylvania
Pro Se:    Appoint Counsel Status:

IFP Status:    No

**Appellee Attorney Information:**

Attorney:    Jarbola III, Andrew John

Bar No.:    44566    Law Firm:

Address:    Lackawanna Co DA's Office
200 N Washington Ave
Scranton, PA 18503

Phone No.: (570)963-6717    Fax No.:

Receive Mail: Yes

E-Mail Address:

Receive E-Mail: No

## FEE INFORMATION

| Fee Date | Fee Name | Fee Amt | Paid Amount | Receipt Number |
|---|---|---|---|---|

## TRIAL COURT/AGENCY INFORMATION

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

**Docket Number:** 955 MDA 2004

Page 3 of 4
November 22, 2004

| | |
|---|---|
| Court Below: Lackawanna County Court of Common Pleas | |
| County: Lackawanna | Division: Criminal |
| Date of Order Appealed From: May 21, 2004 | Judicial District: 45 |
| Date Documents Received: June 21, 2004 | Date Notice of Appeal Filed: June 6, 2004 |
| Order Type: PCRA Order | OTN: |
| Judge: Cottone, S. John  Senior Judge | Lower Court Docket No.: 86 CR 645 |

## ORIGINAL RECORD CONTENTS

| Original Record Item | Filed Date | Content/Description |
|---|---|---|
| Part | August 12, 2004 | 1 |
| No Opinion | August 12, 2004 | |

Date of Remand of Record:

## BRIEFS

**Appellant**

Brief

Coss Jr., Edward R.
Due:   December 7, 2004

9:27 A.M. Case 1:01-cv-00878-WWC Document 41 Filed 12/15/2004 Page 9 of 10

DRI

# Appeal Docket Sheet

**Superior Court of Pennsylvania**

**Docket Number:** 955 MDA 2004

Page 4 of 4
November 22, 2004



## DOCKET ENTRIES

| Filed Date | Docket Entry/Document Name | Party Type | Filed By |
|---|---|---|---|
| June 22, 2004 | Notice of Appeal IFP | Appellant | Coss Jr., Edward R. |
| | EDWARD COSS NEEDS TO SERVE THE T/C JUDGE WITH A COPY OF HIS NOTICE OF APPEAL THEN SEND SUPERIOR COURT A COPY OF HIS AMENDED PROOF OF SERVICE | | |
| June 22, 2004 | Docketing Statement Exited (Criminal) | | Middle District Filing Office |
| July 26, 2004 | Order Directing Compliance with Pa.R.A.P. 3517 | | Per Curiam |
| | DUE ON AUGUST 5, 2004<br>8/26/04 - ORDER RESCINDED | | |
| August 12, 2004 | Trial Court Record Received | | Lower Court or Agency |
| | NO OPINION | | |
| August 26, 2004 | Order | | Per Curiam |
| | THIS COURT'S ORDER OF JULY 26, 2004 IS HEREBY RESCINDED. AS ATTORNEY OSBORNE HAS NOT BEEN GRANTED LEAVE TO WITHDRAW AS COUNSEL FOR APPELLANT, HE IS HEREBY DIRECTED TO ENTER HIS APPEARANCE AS COUNSEL FOR APPELLANT IN THIS COURT. THE PROTHY OF THIS COURT IS HEREBY DIRECTED TO SEND A DOCKETING STATEMENT TO ATTORNEY OSBORNE. THE EXISTING BRIEFING SCHEDULE IS HEREBY VACATED. UPON COUNSEL'S ENTRY OF APPEARANCE, A NEW BRIEFING SCHEDULE WILL BE SET. | | |
| August 26, 2004 | Vacate Briefing Schedule Sua Sponte | | Per Curiam |
| August 26, 2004 | Docketing Statement Exited (Criminal) | | Middle District Filing Office |
| September 9, 2004 | Docketing Statement Received | Appellant | Coss Jr., Edward R. |
| October 28, 2004 | Praecipe for Appearance<br>Praecipe for Appearance Osborne, Christopher J. | Appellant | Coss Jr., Edward R. |

EDWARD COSS
CB5970
SCI Smithfield
1120 Pike ST
~~Shanksville~~ PA
Huntingdon, PA
16652

Inmate Mail
PA Dept Of
Corrections

OFFICE OF THE Cle.
UNITED STATES DIST.
MIDDLE DST OF Penn
U.S. Courthouse
228 Walnut ST
PO Box 983
Harrisburg, PA