IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NO. **1:01-CV-00878** |
| EDWARD R. COSS, JR., | : |  |
|  | : |  |
| Petitioner, | : | (Judge Caldwell) |
|  | : |  |
|  | : | (Magistrate Judge Blewitt) |
| v. | : |  |
|  | : |  |
| JAMES P. MORGAN, et al., | : |  |
|  | : |  |
| Respondents | : |  |

## ORDER

**AND NOW,** this _____ day of **January, 2004, IT IS HEREBY ORDERED THAT:**

1. Respondents' Motion for Enlargement of Time to File a Reply Brief (Doc. ____ ) is **GRANTED**

2. Respondents shall file their Reply Brief within five (5) days of the date of this Order.

                                                                                  Thomas M. Blewitt
                                                                                  United States Magistrate Judge

Dated: January ___, 2005