IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | CIVIL ACTION NO. **1:01-CV-00878** |
| EDWARD R. COSS, JR., | : | |
| | : | |
| Petitioner, | : | (Judge Caldwell) |
| | : | |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| JAMES P. MORGAN, et al., | : | |
| | : | |
| Respondents | : | |

## ORDER

_____AND NOW, this 7 day of **January, 2005, IT IS HEREBY**

**ORDERED THAT:**

1.    Respondents' Motion for Enlargement of Time to File a Reply Brief

(Doc. 42 ) is **GRANTED**

2.    Respondents shall file their Reply Brief within five (5) days of the date

of this Order.

Thomas M. Blewitt
United States Magistrate Judge

Dated: January 7, 2005

FILED
SCRANTON

JAN 7 2005

PER _____
DEPUTY CLERK