IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| EDWARD R. COSS, JR., | : | CIVIL ACTION NO. **1:01-CV-00878** |
|  | : |  |
| Petitioner, | : | (Judge Caldwell) |
|  | : |  |
|  | : | (Magistrate Judge Blewitt) |
| v. | : |  |
|  | : |  |
| JAMES P. MORGAN, et al., | : |  |
|  | : |  |
| Respondents | : |  |

FILED
SCRANTON
JAN 1 1 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## NOTICE OF FILING
## OF
## APPENDIX TO RESPONDENTS' REPLY BRIEF

NOTICE IS HEREBY GIVEN that Respondents, through their undersigned

counsel, have this date filed the annexed appendix to their Reply Brief.


Respectfully submitted, January 11, 2005.


_s/ William P. O'Malley_
William P. O'Malley ,Atty. I.D. # 58520
Assistant District Attorney
Lackawanna County Courthouse
200 N. Washington Avenue
Scranton, PA  18503
(717) 963-6717

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2005, I am serving a copy of the

foregoing: *Notice of Filing of Appendix to Respondent's Reply Brief*, as well as

the *Appendix* itself which, with index, is attached hereto, upon

Petitioner,

     Mr. Edward R. Coss  #CB5970
     SCI Dallas
     1000 Follies Road
     Dallas, PA 18612

by prepaid first class U.S. Mail,

                     *s/ William P. O'Malley*
                     William P. O'Malley
                     Assistant District Attorney

## Index to Appendix

| Informal Appendix Page Number | Date of Filing | Description of Document |
|---|---|---|
| 1-3 | | The State Court Docket, consisting of three pages. |
| 4-6 | 7-12-94 | *Application for Order Mandating Clerk of Courts, And/or Court Stenographer, to Furnish Court Records and Transcribed Notes of Testimony* was filed by James Coss, petitioner's brother. |
| 7 | 7-19-94 | *Order* entered by Judge Cottone granted the foregoing application with the proviso that James Coss would be obliged to pay the cost for the requested documents. |
| 8-10 | 3-2-95 | *Motion For Transcripts of All Proceedings* was filed, pro se, by petitioner. |
| 11-12 | 8-11-03 | *Order*, entered by Judge Cottone which, among other things, appointed new counsel for Mr. Coss and gave notice that ". . . a hearing on the defendant's petition for post conviction relief will be held on Friday, September 26, 2003 at 10:00 a.m." |
| 13-15 | 3-17-04 | *Order*, entered by Judge Cottone, upon express "consideration of the *annexed Motion of the Commonwealth to Dismiss PCRA Proceedings*, as filed before me" issued a rule to show cause directing Mr. Coss to show cause why the annexed motion of the Commonwealth should not be granted; rule returnable before April 1, 2004, hearing scheduled on April 14, 2004. |

| 16 | 4-14-04 | A letter from Petitioner was filed requesting that the hearing set for April 14, 2004 be rescheduled. |
| 17 | 4-14-04 | *Order* entered rescheduling the hearing from April 14, 2004 to May 20, 2004. |
| 18-19 | 5-21-04 | *Order* entered, <u>dismissing</u> Mr. Coss' PCRA petition. |
| 20 | 6-14-04 | *Notice of Appeal* to Superior Court filed, pro se, by Coss. |
| 21-24 | 6-28-04 | Superior Court Docket Pages filed. |
| 25-28 | 8-30-04 | *Superior Court Order* filed, directing that the appeal proceed as a counselled appeal. |
| 29 | 12-2-04 | *Notice of Discontinuance of Appeal* from Superior Court filed. |

# COMMONWEALTH OF PA
## COUNTY OF LACKAWANNA

## CASE ACTION SUMMARY - CRIMINAL

**CASE NO.** 86-cr-645

| | | |
|---|---|---|
| **1. CASE NO.** 86-cr-645 | **2. OTN** Juvenile to Adult | **11. SEX** / **RACE** / **13. DATE OF BIRTH** |
| **3. LAST NAME** Coss | **4. FIRST NAME** Edward / **5. MI** | **14.** JP 13.00, State 7.00, CVC25.00 |
| **6. ADDRESS** | | **15. HEARING MAGISTRATE** |
| **7. CITY** | **8. STATE** / **9. ZIP** | **16. BAIL TYPE** / **17. AMT. BAIL** $ 20,000.00. |

**10. CHARGES AND CLASSIFICATION** | FEL | MSD | APP

- A. Disorderly conduct
- B. Resisting arrest
- C. Aggravated assault
- D. Theft
- E. Criminal mischief
- F. Simple assault / Criminal trespass

**18. DATE COMP. FILED** | **22. DATE 180 DAY EXP.**

**19. ARRAIGNMENT DATE** 7-18-84 | **23. DATE(S) OF EXTENSION**

**20. DATE IND/INFO FILED** 7-17-86

**21. DATE TRAN. REC.** 7-1-86

**24. ATTORNEY NAME(S)**

DEFENDANT

DISTRICT ATTORNEY

PROSECUTOR

**25. CO-DEFENDANT(S)**

Now This 31 Day of Dec A.D. 19 86
Received Cash Bail in the
Sum of $ 975.00 From

WILLIAM P. RINALDI
CLERK OF JUDICIAL RECORDS

| 26. INITIAL PLEA | 27. FINAL PLEA | 28. TYPE OF TRIAL | 29. BEGINNING DATE | 30. ENDING DATE | 31. NO. TRIAL DAYS |
|---|---|---|---|---|---|
| | | | | | |

**32. VERDICT/DISPOSITION**
- A.     D.
- B.     E.
- C.     F.

| 33. NAME OF JUDGE | 34. POST TRIAL MOTIONS | 35. DATE OF SENTENCE | 36. DATE SENT. IMPOSED | 37. FINE | 38. COST |
|---|---|---|---|---|---|
| | | | | | |

| DATE | | ACTIONS, JUDGMENT AND CASE NOTES |
|---|---|---|
| 7-7-86 | 1 | Filed Order and Order of Court, Penetar, Judge. |
| 7-9-86 | 2 | Filed Amended Order. By the Court, Penetar, Judge. |
| 7/21/86 | 3 | Filed Petiition for reduction of Bail |
| 7-22-86 | 4 | Filed REQUEST FOR BILL OF PARTICULARS |
| 7-22-86 | 5 | Filed REQUEST FOR PRETRIAL DISCOVERY & INSPECTION. |
| 7-25-86 | 6 | Filed Answer to Petition for Reduction of Bail. |
| 7-29-86 | 7 | Filed Commonwealths Answer to Request for Pretrial Discovery and Inspection. |
| 8-29-86 | 8 | Filed Commonwealths Response to request for Bill Of Particulars. |
| 7-29-86 | 9 | Filed Order. By the Court, Munley, J |
| 7/31/86 | 10 | Defendand and Robert Helrig each tent. in $1000.00 |
| 8-1-86 | 11 | Filed OMNIBUS PRE TRIAL MOTION. RULE (SEE PAGE 8) |

# CRIMINAL

| DATE | ACTIONS, JUDGEMENTS, CASE NOTES |
|---|---|
| 8-6-86 12 | Filed ANSWER TO ONMIBUS PRE TRIAL MOTION |
| 10-31-86 12½ | Now Oct.30,1986 issue joined, jurors called and sworn in according to the Law, say on same day defende demurrers to charge of Agg. Assault and Terroristic threats, demurrer is sustained. Say on Oct.31,1986 they find defendant to charges of Institutional Vandalism, Criminal Mischief and Simple Assault Guilty. To charges of Resisting Arrest and Disorderly Conduct they find defendant Not Guilty. Sentence deferred pending pre sentence investigation.                                By the Court, Cottone,J |
| 12-12-86 13 | Filed PETITION TO REVOKE BAIL. RULE |
| 12-31-86 14 | Filed Order. (Revocation of Bail). Munley, J. |
| 1/30/87 15 | Defendant Sentenced to pay costs of prosecution and to serve a min of six Months to a max of one year on charge of Inst. Vandalism and on simple assault a min of 6 months to a max of 1 year consecutive at a State Corr. Facility.                                Cottone.J. |
| 1/30-87 16 | Filed MOTION TO DISMISS UNDER RULE 1100 ORDER. By the Court |
| 1/2-87 17 | Filed PROCEEDINGS AT SENTENCE (Cottone, D. Walsh) |
| 1/3/87 18 | Filed Motion for reconsideration of sentence. |
| -87 2/9-87 19 | Filed Commonwealth's Answer to Motion to Dismiss Under Rule 1100. |
| -2-87 20 | Filed Order. By the Court, (Reschedule hearing on Motion). |
| 3/13-87 20½ | Filed Order. By the Court, Cottone, (Petition denied). |
| 3/12-87 21 | Filed Motion for Modification of Sentence Nunc Pro Tunc. |
| -3-87 22 | FILED PETITION FOR CREDIT FOR IMPRISONMENT |
| 4-6-87 23 | Filed Order Dismissing petition for credit. |
| 6-10-87 24 | Filed Application for Order Mandating Clerk of Courts to furnish court record s. |
| 6-12-87 25 | Filed PETITION UNDER POST CONVICTION HEARING ACT |
| 6-23-87 26 | Filed ORDER--pro se application is DENIED By theCourt, Cottone, J. |
| 5-29-87 27 | Filed Commonwealth's Answer to Petition Under Post Conviction Hearing Act. |
| 12-09-87 28 | Filed Application for order mandating Clerk of Courts and stenographer |

EDWARD COSS

**CRIMINAL**

86 CR 645

Page 3

| DATE | ACTIONS, JUDGEMENTS, CASE NOTES |
|------|----------------------------------|
| 7-19-94 | FILED ORDER, COTTONE, J. (Clerks ordered to furnish copies of Court records to JAMES COSS, UPON receipt of the proper costs & fees for the same). |
| -2-95 30 | Filed MOTION FOR TRANSCRIPTS OF ALL PROCEEDINGS (P.S) |
| 8-11-03 | ORDER; Cottone S.J. |
| 3-17-04 32 | Comm Motion To Dismiss PCRA + Order |
| 4-14-04 33 | Order, hearing Rescheduled |
| 4-14-04 34 | Letter To Judy Cottone |
| 5-21-04 35 | Order; PCRA Denied Cottone S.J. |
| 6-14-04 36 | Pro Se Notice of Appeal |
| 6-28-04 37 | Sup Ct Docket 955MDA 04   Due 8-2-04 |
| | 8-10-04 Transmitted |

Form No. CR-2

$2^8$

IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

CRIMINAL DIVISION

Commonwealth of Pennsylvania            :

                              :
           vs.            :    C/P NO. 86 CR 645
                              :

Edward Coss            :

**Application For Order Mandating Clerk Of Courts, And/Or
Court Stenographer, To Furnish Court Records And Transcribed
Notes Of Testimony.**

To The Honorable Judges, of the above said Court.

This application by James A. Coss, Petitioner respectfully submitts
the following facts and affidavit for "Order" furnishing him with the
requested Court Records.

1.  That Petitioner has on a numerous occassions requested these
records from the Court stenographer office dating back to December,1988
only to be refused the same.

2.  Petitioner is the brother of the defendant (caption above).

3.  Petitioner knows that a fee is required to receive the same
and petitioner is more than willing to pay the fee required.

4.  The requested records are both necessary and pertinent in this
petitioner's pursuit of proving his brother's innocense and assisting
in the filing of his brother's appeal.

5.  Ample authority is asserted pursuant to <u>Griffin V. Illinois</u>,
351 U.S. 12,76 S.CT 585, 100 L.Ed.  2d 891 (1956) : <u>Mayer V. City, of Chicago</u>
404 U.S 189,92 S.CT. 410, 30 L. Ed. 2d 371.(1971); <u>Gardner v.California</u>
393, U.S. 367, 89 S. CT. 580, 21 L.Ed. 2d 601(1969).

6.  Petitioner will pay cost of Record/Transcript.

WHEREFORE, your petitioner prays this HONORABLE COURT,will issue under the hand and seal of this courtan "ORDER" upon the clerk of courtsand/or court stenographer, to furnish this petitioner with certified copy of these respective court records/ transcript of trial.

Respectfully submitted,

*James Coss*

James Coss

## AFFIDAVIT

Commonwealth of Pennsylvania       :

                                   :

County of Lackawanna               :


Before me, the undersigned authority, Personally appeared James Coss, who, being dully sworn according to law, deposes and says that he is the petitioner in the fore going application for court records, and that the facts set forth therein are true and correct to the best of his knowledge, information, and belief.


Sworn and subscribed before me this
14th day of March 19 99

signed _____

$2^q$

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
                             :        OF LACKAWANNA COUNTY
                             :
         vs.                 :
                             :       CRIMINAL DIVISION
                             :
EDWARD COSS,                 :
                             :
           Defendant         :        NO. 86 CR. 645
: : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## O R D E R

NOW, this 19th day of July, 1994, upon application of James Coss on behalf of the defendant, Edward Coss, it is hereby

ORDERED that the Clerk of Judicial Records and/or the Court Reporter furnish copies of any and all Court records and transcripts to the said James Coss upon receipt of the proper costs and fees for the same.

BY THE COURT

_____, J.

FILED FOR RECORD

JUL 19  11:57 AM 1994

WILLIAM P. RINALDI
CLERK OF
JUDICIAL RECORDS

Court of Common Pleas
Lackawanna County

Comm. of PA.                                    30

vs.

Edward Coss                    No. 86 CR 645
Defendant

MOTION FOR TRANSCRIPTS
OF ALL PROCEEDINGS

Defendant, Pro se, hereby moves for
transcripts of all proceedings as
it relates to this case.

1. Defendant was convicted before a jury
   on 10-31-86 for the crime of simple
   assualt and vandalism. In order
   for defendant to properly prepare his
   case, for appeal, Defendant requests
   that all transcriptions be transcribed
   including pre-trial hearings, trial and
   sentencing hearing.

2. The Honorable John Cottone presided
   over the trial, sentencing and omnibus
   motion.

3. Petitioner states under oath that he
   is indigent, without property or

PAGE 2

INCOME EXCEPTING NOMINAL WAGES EARNED FOR PRISON LABOR; THAT HE IS WITHOUT THE MEANS TO PAY FOR THE ABOVE SAID RECORDS; THAT THESE RECORDS ARE BOTH NECESSARY AND PERTINENT TO PERFECTING AN ADEQUATE POST CONVICTION HEARING ACT PETITION SEEKING RELIEF FROM THE JUDGEMENT IN THE INSTANT CASE.

PETITIONER (DEFENDANT) HAS BEEN GRANTED INFORMA PAUPRIS AND WAS REPRESENTED BY THE PUBLIC DEFENDERS OFFICE AT ALL STAGES OF THIS CASE.

4. PETITIONER HAS REQUESTED THESE RECORDS FOR NEARLY EIGHT (8) YEARS AND IT IS IMPARATIVE THAT HE HAS THEM IN PURSUING AN APPEAL IN FEDERAL COURT.

WHEREFORE, FOR ANY OF THE FOREGOING REASONS IT IS REQUESTED THAT THE COURT ORDER THE RELEASE THE NOTED RECORDS AND BE GIVEN TO PETITIONER.

RESPECTFULLY SUBMITTED,

Edward Coss

EDWARD COSS

# AFFIDAVIT

Comm. of Pa.
Lackawanna County                86 CR 645

Edward Coss, who, being duly sworn according to law, deposes and says that he is the petitioner in the foregoing application for court records, and that the facts set forth therein are true and correct to the best of his knowledge, information, and belief.

Signed: Edward Coss
EDWARD COSS

Date: February 23, 1995

## PROOF OF SERVICE

The petitioner has provided service of this motion to the Clerk of Courts, District Attorney, and Judge James M. Munley of Lackawanna County, by hand delivery, on 23rd day of February, 1995.

By: Edward Coss
EDWARD COSS

COMMONWEATLH OF PENNSYLVANIA, : IN THE COURT OF COMMON PLEAS
                                        :    OF LACKAWANNA COUNTY
                                          :

v.                                       :     CRIMINAL DIVISION

EDWARD R. COSS, JR.            :     NO. 86-CR-645    31
    Defendant                 :

## ORDER

Now, this _11th_ day of August, 2003 a motion for Post Conviction Relief having been

filed pro se by the defendant in June, 1987 and an answer filed by the Commonwealth on June

29, 1987. and it appearing that the matter has never been set for hearing it is hereby ORDERED

as follows:

    1.      That the defendant may proceed in forma pauperis without payment of any costs.

    2.      That Terrence Gallagher, Esquire, previously appointed as counsel for the

defendant is removed as counsel.

    3.      That Christopher P. Cullen, Esquire, 1306 Woodlawn Street, Dunmore, PA

18509 is appointed to represent the defendant.

    4.      That the Clerk of Judicial Records is directed to do the following forthwith:

        (a) to serve copies of the defendant's pro se motion and this Order upon the

        District Attorney of Lackawanna County.

        (b) to send copies of the defendant's pro se motion and this Order to Rose Ann

        McGowan, Esquire, the defendant's trial counsel at P.O. Box 280, Moscow,

        PA 18444; and to Terrence Gallagher, Esquire, defendant's previous post

        conviction counsel, at 416 Jefferson Avenue, Scranton, PA 18510; and to

FILED FOR RECORD
2003 AUG 11  P 3: 24
MARY F. RINALDI
LACKAWANNA COUNTY

Christopher P. Cullen, Esquire, defendant's Court appointed counsel at 1306

Woodlawn Street, Dunmore, PA 18509.

(c) to send a copy of this Order to the defendant, Edward P. Coss, Jr. at 118

South Church Street, Carbondale, PA 18407-2666.

5.    That a hearing on the defendant's petition for post conviction relief will be held

on Friday, September 26, 2003 at 10:00 a.m.

BY THE COURT,

_____ S.J.

| COMMONWEATLH OF PENNSYLVANIA, | : | IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY |
|---|---|---|
| v. | : | CRIMINAL DIVISION |
| EDWARD R. COSS, JR. Defendant | : | NO. 86-CR-645 |

## ORDER

Now, this ⎯17th⎯ day of March, 2004, upon consideration of the *annexed Motion of the Commonwealth to Dismiss PCRA Proceedings*, as filed before me:

1.    A rule is granted upon the Defendant EDWARD COSS, to show cause why the annexed motion should not be granted. The rule is returnable before April 1, 2004.

2.    A hearing is scheduled before the undersigned Judge on Wednesday, April 14, 2004 at 9:30 a.m.

3.    Christopher J. Osborne, Esquire, 142 Adams Avenue, Scranton, PA 18503 is hereby court appointed to represent the defendant.

BY THE COURT,

_____, S.J.

Attorney for the Commonwealth:    William P. O'Malley, Esquire
Assistant District Attorney
Lackawanna County District Attorney's Office
200 North Washington Avenue
Scranton, PA 18503

Attorney for the Defendant:    Christopher J. Osborne, Esquire
142 Adams Avenue
Scranton, PA 18503

Defendant:    Mr. Edward Coss
118 South Church Street
Carbondale, PA 18407

MARY F. RINALDI
LACKAWANNA COUNTY

2004 MAR 17 P 3 24

FILED FOR RECORD

COMMONWEALTH OF PENNSYLVANIA

v.

EDWARD COSS,
               Defendant

:IN THE COURT OF COMMON PLEAS
:                of
:     LACKAWANNA COUNTY
:
:          86 CR 645
:

### Motion of the Commonwealth to Dismiss PCRA Proceedings

The Commonwealth respectfully moves the Court to dismiss the PCRA proceedings pending in this cause upon the following reasons and grounds:

1.     The *Motion for Postconviction Collateral Relief* filed by Edward Coss should be dismissed because, as a condition of eligibility for post-conviction relief the provisions set forth in 42 Pa.C.S.A. § 9543(a)(1) of the Post Conviction Relief Act expressly require:

> **§ 9543.**     **Eligibility for relief**
>
> **(a) General rule.**—To be eligible for relief under this subchapter, the petitioner must plead and prove by a preponderance of the evidence all of the following:
>> (1) That the petitioner has been convicted of a crime under the laws of this Commonwealth and is at the time relief is granted:
>>> (I)  currently serving a sentence of imprisonment, probation or parole for the crime;
>>> (ii) awaiting execution of a sentence of death for the crime; or
>>> (iii) serving a sentence which must expire before the person may commence serving the disputed sentence.

2.     Although at the time the PCRA petition was filed, Edward Coss was in custody, and was then currently serving a sentence of imprisonment, probation or parole for the crime, thereby satisfying the eligibility requirements of 42 Pa.C.S.A. § 9543(a)(1)(i) he no longer is in custody, his sentence having been fully served is now expired; moreover, Edward Coss does not now satisfy, nor has he ever satisfied any of the eligibility requirements set forth in 42 Pa.C.S.A. § 9543(a)(1)(ii) or 42 Pa.C.S.A. § 9543(a)(1)(iii).

3.    Consequent upon the foregoing, the Commonwealth respectfully asserts that the

Court lacks statutory authority to grant postconviction relief to the petitioner and that in the absence

of statutory authority the Court is not otherwise empowered to grant postconviction relief.

4.    The Commonwealth, based upon personal inquiry, believes that the defendant

receives his mail, and therefore can be given notice of these proceedings, at the following address:

> Edward Coss
> 118 South Church Street
> Carbondale, PA 18407

WHEREFORE, the Commonwealth requests the Court to enter an Order affording to Edward

Coss the opportunity to show cause, if any he has, why the relief sought hereby should not be

granted.

Thereafter, the Court is requested to enter such further Orders as would seem to the Court

appropriate to an informed and orderly disposition of these PCRA proceedings.

Respectfully submitted, March 15, 2004

William P. O'Malley
Assistant District Attorney
Atty. I.D. # 58520
 Lackawanna County
200 N. Washington Avenue
Scranton, PA 18503
(570) 963-6717

2

4-14-04

TO: THE Honorable S J Cottone

From: Edward R. Coss.

RE CR-86-645

MARY E. RINALDI
LACKAWANNA COUNTY

2004 APR 14 A 9: 19

FILED FOR RECORD

34

ON MARCH 17, 2004 Your Honor Issued an order And A Rule to show cause returnable before April 1, 2004. Also your Honor appointed ATTY. christopher osborne in this matter.

Today, April 14, 2004 the date a hearing is scheduled I would like to bring to your Attention that at no time have I been Contacted or discussed 86 cr 645 with arry osborne. Nor did I receive any communications regarding this matter including the rule which was returnable on April 1, 2004.

I respectfully request a Continuance in this matter until After I get an opportunity to speak to AN ATTORNEY
4-14-04 Signed Ed Coss

Christopher J. Osborne, Esquire
ATTORNEY I.D. #80064
POWELL LAW
142 Adams Avenue
Scranton, PA 18503
(570) 961-0777
ATTORNEY FOR DEFENDANT

| | | |
|---|---|---|
| COMMONWEALTH OF<br>PENNSYLVANIA | : | IN THE COURT OF COMMON PLEAS<br>OF LACKAWANNA COUNTY |
| | : | |
| VS. | : | CRIMINAL DIVISION |
| | : | |
| EDWARD R. COSS, JR., | : | |
| | : | |
| Defendant | : | NO. 86-CV-645 |
| | : | |

## ORDER

AND NOW, this __14__ day of ___April___, 2004, it is hereby ORDERED

AND DECREED that the PCRA hearing scheduled for April 14, 2004 relative to the above-

referenced matter is hereby rescheduled to Thursday, May 20, 2004 at 2:30 p.m.


IT IS SO ORDERED:


_By the Court_

COMMONWEATLH OF PENNSYLVANIA,    : IN THE COURT OF COMMON PLEAS
    : OF LACKAWANNA COUNTY

v.    : CRIMINAL DIVISION

EDWARD R. COSS, JR,
    Defendant    : NO. 86-CR-645

## ORDER

The Defendant having filed a Post Conviction Relief Petition when he was currently

serving prison sentences for the subject crimes, and having since completed the full sentences

for said crimes, he is no longer eligible for any post conviction relief.

To be eligible for relief the provisions set forth in 42 Pa. C.S.A. §9543 (a)(1) of the Post

Conviction Relief Act expressly require:

> **§ 9543.**           **Eligibility for relief**
>
> **(a) General rule.** - To be eligible for relief under this subchapter, the
> petitioner must plead and prove by a preponderance of the evidence all of
> the following:
> > (1) That the petitioner has been convicted of a crime under the
> > laws of the Commonwealth and is at the time relief is granted:
> > > (i) currently serving a sentence of imprisonment,
> > > probation or parole for the crime;
> > > (ii) awaiting execution of a sentence of death for the
> > > crime; or
> > > (iii) serving a sentence which must expire before the
> > > person may commence serving the disputed sentence.

Although at the time the Defendant's post conviction petition was filed, the

Defendant was in custody and was then serving sentences of imprisonment that satisfied

the eligibility requirements, he is no longer in custody nor on probation or parole for the

FILED FOR RECORD

2004 MAY 21    P 3: 51

MARY F. RINALDI
LACKAWANNA C...

1

crimes, his sentences having been fully served they have expired. Therefore, the defendant does not now satisfy any of the eligibility requirements set forth in 42 Pa. C.S.A. (a)(1).

Now, this 21st day of May, 2004, the Defendant's Post Conviction Relief petition is hereby dismissed.

By the Court,

_____, S.J.

William P. O'Malley, Esquire
Assistant District Attorney
200 North Washington Avenue
Scranton, PA 18503

Christopher J. Osborne, Esquire
142 Adams Avenue
Scranton, PA 18503

Mr. Edward Coss
118 South Church Street
Carbondale, PA 18407

*IN THE COURT OF COMMON PLEAS OF LACAKWANNA COUNTY, PA*
*45TH JUDICIAL DISTRICT*
*CRIMINAL DIVISION*

*COMMONWEALTH OF PENNSYLVANIA*     :

                          :

*VS.*                          :

                          :

*EDWARD R. COSS, JR.*              :     *CASE NO.: 86 CR 645*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

36

### NOTICE OF APPEAL

Notice is hereby given that the Petitioner, Edward R. Coss, Jr., hereby appeals to the

Pennsylvania Superior Court from the Order entered on May 21, 2004, which dismissed his

Petition for Post Conviction Relief, pursuant to the Post Conviction Relief Act 42 Pa.C.S.A.

Sections 9541-9546 *et seq.*. Order is attached heretofore and also referenced by the attached

copy of the docket entry.

BY: *Edward R. Coss, Jr.*

Edward R. Coss, Jr.
C/O Lackawanna County Prison
1371 N. Washington Avenue
Scranton, Pennsylvania 18509

9:43 A.M.

DRI

## Appeal Docket Sheet

**Superior Court of Pennsylva**

**Docket Number:** 955 MDA 2004

**Page 1 of 3**

**June 22, 2004**

---

Commonwealth of Pennsylvania
v.
Edward R. Coss, Jr., Appellant

Initiating Document: Notice of Appeal IFP

Case Status:        Active

Case Processing Status:    June 22, 2004        Awaiting Original Record


Journal Number:

| Case Category: | Criminal | CaseType: | Aggravated Assault |
|---|---|---|---|
| | | | Criminal Mischief |
| | | | Criminal Trespass |
| | | | Disorderly Conduct |
| | | | Resisting Arrest |
| | | | Simple Assault |
| | | | Theft |

**Consolidated Docket Nos.:**          **Related Docket Nos.:**

---

### SCHEDULED EVENT

| Next Event Type: Docketing Statement Received | Next Event Due Date: July 6, 2004 |
|---|---|
| Next Event Type: Original Record Received | Next Event Due Date: August 2, 2004 |

RECORD FILED IN SUPERIOR COURT

AUG 1 2 2004

HARRISBURG

6/22/2004

1023

9:43 A.M.

DRI 

## Appeal Docket Sheet
**Superior Court of Pennsylva**

**Docket Number:     955 MDA 2004**

**Page 2 of 3**
**June 22, 2004**

---

### COUNSEL INFORMATION

**Appellant**          Coss Jr., Edward R.
Pro Se: ProSe          Appoint Counsel Status:

IFP Status:     Yes

**Appellant Attorney Information:**
Attorney:          Coss Jr., Edward R.

Bar No.:                              Law Firm:
Address:          C/O Lackawanna County Prison
                  1371 N. Washington Avenue
                  Scranton, PA 18509

Phone No.:                      Fax No.:

Receive Mail: Yes
E-Mail Address:
Receive E-Mail:   No

---

**Appellee**          Commonwealth of Pennsylvania
Pro Se:                Appoint Counsel Status:

IFP Status:     No

**Appellee Attorney Information:**
Attorney:          Jarbola III, Andrew John

Bar No.:          44566          Law Firm:
Address:          Lackawanna Co DA's Office
                  200 N Washington Ave
                  Scranton, PA 18503

Phone No.: (570)963-6717          Fax No.:

Receive Mail: Yes
E-Mail Address:
Receive E-Mail:   No

---

### FEE INFORMATION

| Fee Date | Fee Name | Fee Amt | Paid Amount | Receipt Number |
|----------|----------|---------|-------------|----------------|
|          |          |         |             |                |

### TRIAL COURT/AGENCY INFORMATION

Court Below:     Lackawanna County Court of Common Pleas

County:          Lackawanna                          Division:          Criminal
Date of Order Appealed From:     May 21, 2004        Judicial District:     45
Date Documents Received:     June 21, 2004           Date Notice of Appeal Filed: June 6, 2004
Order Type: PCRA Order                               OTN:

Judge:     Cottone, S. John                          Lower Court Docket No.:   86 CR 645
           Senior Judge

---

### ORIGINAL RECORD CONTENTS



9:43 A.M.

DRI

**Appeal Docket Sheet**
**Superior Court of Pennsylva**
**Docket Number:    955 MDA 2004**

**Page 3 of 3**
**June 22, 2004**



| Original Record Item | Filed Date | Content/Description |
|---|---|---|

Date of Remand of Record:

---

BRIEFS

⋮

---

**DOCKET ENTRIES**

| Filed Date | Docket Entry/Document Name | Party Type | Filed By |
|---|---|---|---|
| June 22, 2004 | Notice of Appeal IFP | | |
| | | Appellant | Coss Jr., Edward R. |

EDWARD COSS NEEDS TO SERVE THE T/C JUDGE WITH A COPY OF HIS NOTICE OF APPEAL THEN SEND SUPERIOR COURT A COPY OF HIS AMENDED PROOF OF SERVICE

| June 22, 2004 | Docketing Statement Exited (Criminal) | | |
|---|---|---|---|
| | | | Middle District Filing Office |



COMMONWEALTH OF PENNSYLVANIA

## SuperiorCourt of Pennsylvania

Middle District

June 22, 2004

David A. Szewczak, Esq.
Prothonotary
Patricia A. Whittaker
Deputy Prothonotary

100 Pine Street, Suite 400
Harrisburg, PA 17101
717-772-1294
www.superior.court.state.pa.us

Ms. Mary F. Rinaldi
Clerk of Judicial Records
Lackawanna County Courthouse
200 North Washington Avenue
Scranton, PA 18503

Re: 955 MDA 2004
    Commonwealth of Pennsylvania
        v.
    Edward R. Coss, Jr., Appellant

Dear Ms. Rinaldi:

Enclosed please find a copy of the docket for the above appeal that was recently filed in the Superior Court. Kindly review the information on this docket and notify this office in writing if you believe any corrections are required.

Appellant's counsel is also being sent a Docketing Statement, pursuant to Pa.R.A.P. 3517, for completion and filing. Please note that Superior Court Dockets are available on the Internet at the Web site address printed at the top of this page. Thank you.

Very truly yours,

David A. Szewczak
Prothonotary

KRR



Commonwealth of Pennsylvania    :    IN THE SUPERIOR COURT OF
                                 :      PENNSYLVANIA
                                 :
                                 :      (C.P. Lackawanna Co. No. 86
           v.                 :      CR 645)
                                 :
                                 :      No. 955 MDA 2004
Edward R. Coss, Jr.               :      <u>Filed: August   26    , 2004</u>

## ORDER

By order entered May 21, 2004, the trial court denied Appellant's petition for post-conviction relief. Appellant filed a *pro se* notice of appeal on June 14, 2004. On July 26, 2004, this Court directed Appellant to file a docketing statement on or before August 5, 2004. No docketing statement has been filed.

Upon review of the trial court record, it appears that appointed post-conviction counsel, Christopher J. Osborne, Esquire, never sought or was granted permission to withdraw as counsel for Appellant. Accordingly, the following is hereby **ORDERED**:

This Court's order of July 26, 2004 is hereby **RESCINDED**. As Attorney Osborne has not been granted leave to withdraw as counsel for Appellant, he is hereby **DIRECTED** to enter his appearance as counsel for Appellant in this Court. *See* **Pa.R.Crim.P. 120(C), 904(E)**. The Prothonotary of this Court is hereby **DIRECTED** to send a docketing statement to Attorney Osborne. The existing briefing schedule is hereby **VACATED**. Upon counsel's entry of appearance, a new briefing schedule will be set.

**Per Curiam**

FILED FOR RECORD

2004 AUG 30 P 12: 28

LACKAWANNA COUNTY
MARY F. RINALDI

**TRUE COPY FROM RECORD**
Attest: AUG 2 6 2004

*Patricia a. Whittaker*

Deputy Prothonotary
Superior Court of PA - **Middle District**

# Carbon Copy Recipient List

Addressed To:   Mr. Edward R. Coss, Jr.
                SCI Waymart-CB 5970
                P.O. Box 256; Route 6
                Waymart, PA 18472


Carbon Copied:   Christopher J. Osborne, Esq.
                 Powell Law
                 Barrister's Row
                 142 Adams Avenue
                 Scranton, PA 18503


                 Andrew John Jarbola, III, Esq.
                 Lackawanna Co DA's Office
                 200 N Washington Ave
                 Scranton, PA 18503


                 Ms. Mary F. Rinaldi
                 Clerk of Judicial Records
                 Lackawanna County Courthouse
                 200 North Washington Avenue
                 Scranton, PA 18503


                 The Honorable S. John Cottone
                 Senior Judge
                 Court of Common Pleas of Lackawanna County
                 Lackawanna County Courthouse, 200 North Washing
                 Scranton, PA 18503


1013 -10/99                                                    10/1/99





## SuperiorCourt of Pennsylvania

Middle District

David A. Szewczak, Esq.
Prothonotary
Patricia A. Whittaker
Deputy Prothonotary

100 Pine Street, Suite 400
Harrisburg, PA 17101
717-772-1294
www.superior.court.state.pa.us

August 26, 2004

RE:    Com. v. Coss, Jr., E.R.
       No. 955 MDA 2004

       Trial Court Docket Number:  86 CR 645

Dear :

        Enclosed please find a certified copy of an order dated  August 26, 2004 entered in the above-captioned matter.

                            Very truly yours,

                            Patricia a. Whittaker

                            Patricia A. Whittaker
                            Deputy Prothonotary

KRR

cc:        Christopher J. Osborne, Esq.
           Andrew John Jarbola, III, Esq.
           The Honorable  S. John Cottone
           Senior Judge
           Ms.  Mary F. Rinaldi
           Clerk of Judicial Records

Ms. Mary F. Rinaldi
Clerk of Judicial Records
Lackawanna County Courthouse
200 North Washington Avenue
Scranton, PA 18503

C

1013 - 10/99                                                                                    10/1/99



# IN THE SUPERIOR COURT OF PENNSYLVANIA
## SITTING AT HARRISBURG

No. 955 MDA 2004

Commonwealth of Pennsylvania

    v.

Edward R. Coss, Jr.

: 

**Appeal from the**

: PCRA     **Court**

: **of** Common Pleas

: **for the County of** Lackawanna

: **No. 86 CR 645**

12/1/04 - **The above appeal is hereby withdrawn and discontinued by order of:**

Christopher J. Osborne
**Attorney for Appellant**

12/1/04 - **DISCONTINUED**

## TRUE COPY FROM RECORD

**IN TESTIMONY WHEREOF, I have hereunto set my hand and the seal of
said Court, at Harrisburg, this 1st day of December 2004.**

*Patricia A. Whittaker*

Deputy Prothonotary